

FILED
MISSOULA, MT

2006 MAY 9 AM 11 08

PATRICK E. DUFFY
BY
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

## JUDGMENT IN A CIVIL CASE

Donna Thornton,

    Plaintiff,

vs.                                    **CV 04-125-M-DWM**

USA, et al.,

    Defendants.

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This matter came before the Court for consideration. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff as per the Order filed 5/9/06.

DONE AND DATED 5/9/06.

PATRICK E. DUFFY, CLERK

/s/ B. A. Warren,

Deputy Clerk